**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19TH CAPITAL GROUP, LLC, et al. <br> Plaintiffs, <br> v. <br> 3 GGG'S TRUCK LINES, INC., et al., <br> Defendants. | No. CV 18-2493 PA (RAOx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's July 30, 2018 Order granting the Motion for Default Judgment filed by plaintiffs 19th Capital Group, LLC and Celadon Trucking Services, Inc. (collectively "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant 3 GGG's Truck Lines, Inc. ("3GGG") shall pay to Plaintiffs $637,972 in payments in arrears and payments remaining on the Lease Agreement; $23,307 in recovery costs; and $16,825.58 in attorneys' fees;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that 3GGG shall pay Plaintiffs postjudgment interest at the interest rate established by 28 U.S.C. § 1961;

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claim for fraud and deceit is dismissed without prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants 3GGG and Miguel A. Roque (collectively "Defendants") shall deliver possession of the Vehicles, identified in the attached Exhibit A, to Plaintiffs forthwith;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pending delivery of the Vehicles to Plaintiffs, Defendants, along with their officers, agents, servants, employees, attorneys, and all other persons acting in concert or participation with them, be and hereby are enjoined, restrained, and prohibited, from

a. Transferring the Vehicles, or any of them to any location other than 3GGG's current business premises or such other location(s) as Plaintiffs may designate;

b. Transporting the Vehicles to non-disclosed locations; across state lines and/or across international borders;

c. Selling; leasing; hypothecating or otherwise purporting to transfer legal rights in and to the Vehicles, or taking any steps to do so;

d. Failing to maintain the Vehicles in a safe and secure location;

e. Operating the Vehicles, or any of them, without adequate insurance in place to cover damage, theft, or other loss to the Vehicles, or any of them;

f. Failing to allow Plaintiffs access to the Vehicles for purposes of inspection, at a reasonable time and in a reasonable manner, and upon written notice at least one week in advance of any such access;

g. Using any of the Vehicles for transportation of hazardous materials or illegal substances; and

h. Taking any action that in any manner causes damage to the Vehicles or further harms the rights of Plaintiffs in and to the Vehicles.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for each Vehicle not recovered by Plaintiffs by November 26, 2018, Plaintiffs are awarded $17,500 against Defendants, jointly and severally;

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment is in
2  Plaintiffs' favor; and
3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall
4  have their costs of suit.

DATED: July 30, 2018

_____
Percy Anderson
United States District Judge

# EXHIBIT A

| | UNIT | YEAR | MAKE | MODEL | VIN # |
|---|---|---|---|---|---|
| 1. | 248848 | 2012 | Great Dane | Dry Van | 1GRAP0624CT567488* |
| 2. | 250526 | 2012 | Wabash | Dry Van | 1JJV532D9CL620235 |
| 3. | 248712 | 2012 | Great Dane | Dry Van | 1GRAP0621CT567352 |
| 4. | 249379 | 2012 | Great Dane | Dry Van | 1GRAP0628CT569454 |
| 5. | 248651 | 2012 | Great Dane | Dry Van | 1GRAP0627CT567291* |
| 6. | 249157 | 2012 | Great Dane | Dry Van | 1GRAP0626CT567797 |
| 7. | 249290 | 2012 | Great Dane | Dry Van | 1GRAP0624CT567930 |
| 8. | 249159 | 2012 | Great Dane | Dry Van | lGRAP062XCT567799 |
| 9. | 248755 | 2012 | Great Dane | Dry Van | 1GRAP0628CT567395 |
| 10. | 248603 | 2012 | Great Dane | Dry Van | lGRAP0627CT567243* |
| 11. | 248592 | 2012 | Great Dane | Dry Van | 1GRAP0622CT567232* |
| 12. | 251040 | 2012 | Wabash | Dry Van | 1JJV532D7CL620749* |
| 13. | 250448 | 2012 | Wabash | Dry Van | 1JJV532D4CL620157 |
| 14. | 249441 | 2012 | Great Dane | Dry Van | 1GRAP0624CT569516 |
| 15. | 249130 | 2012 | Great Dane | Dry Van | 1GRAP0628CT567770 |
| 16. | 249723 | 2012 | Wabash | Dry Van | 1JJV532D4CL558047 |
| 17. | 250534 | 2012 | Wabash | Dry Van | 1JJV532D8CL620243 |
| 18. | 248798 | 2012 | Great Dane | Dry Van | 1GRAP0620CT567438 |
| 19. | 250347 | 2012 | Wabash | Dry Van | 1JJV532D3CL558671 |
| 20. | 248766 | 2012 | Great Dane | Dry Van | 1GRAP0629CT567406 |
| 21. | 249807 | 2012 | Wabash | Dry Van | 1JJV532D4CL558131 |
| 22. | 250454 | 2012 | Wabash | Dry Van | 1JJV532DXCL620163 |
| 23. | 249246 | 2012 | Wabash | Dry Van | 1GRAP0625CT567886 |
| 24. | 250602 | 2012 | Wabash | Dry Van | 1JJV532DXCL620311 |
| 25. | 250765 | 2012 | Wabash | Dry Van | 1JJV532D5CL620474 |

* denotes Celadon Vehicles